# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00523-CV

### T. C. and D. D., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-14-004687, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellant T. C. and D. D. filed their notices of appeal on August 5, 2016. The appellate record was complete August 31, 2016, making appellants' briefs due September 20, 2016. On September 22, 2016, this Court ordered Robert Galvin and Alexandra Prentice Saenz to file appellants' briefs no later than October 7, 2016. Subsequently, we were advised that John M. Sigman had been substituted in place of Ms. Saenz for this appeal.[1] In addition, on October 7, 2016, Mr. Galvin filed a motion for extension of time to file T. C.'s appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this

---

[1] Mr. Sigman filed a motion for extension of time to file D. D.'s brief, which we dismissed as moot because we had already extended the filing deadline to October 7, the date requested in the motion. As of today, however, Mr. Sigman has not filed D. D.'s brief.

Court's leeway in granting extensions. Although we have already issued one order in this case, due to the recent update informing the Court that Mr. Sigman is D. D.'s appellate attorney, we will grant T. C.'s motion and order Mr. Galvin and Mr. Sigman to file appellants' briefs **no later than October 17, 2016.** If the briefs are not filed by that date, counsel **<u>will be required to show cause</u>** why they should not be held in contempt of court.

It is ordered on October 11, 2016.


Before Justices Puryear, Pemberton and Field